JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARIA ELENA RAMIREZ et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LILLIAN MORRIS, M.D., et al.,<br><br>Defendants. | No. 2:24-CV-07616 SVW (Ex)<br><br>[PROPOSED]<br>**ORDER RE: STIPULATION TO WITHDRAW THE UNITED STATES' MOTION TO REMAND AND TO REMAND THE REMAINING ACTION**<br><br>Honorable Stephen V. Wilson<br>United States ~~Magistrate~~ Judge<br>DISTRICT |

On February 25, 2025, Plaintiffs Maria Elena Ramirez, N.A.S.R., Y.E.S.R., and Estate of Dinora Ramirez ("Plaintiffs") and Movant United States of America filed a Stipulation to withdraw the United States' pending motion to remand and to remand the remaining action to state court.

The Court, having considered the Stipulation, hereby GRANTS the Stipulation and ORDERS as follows:

The United States' pending motion to remand the action is withdrawn as moot;

The action between Plaintiffs and the remaining Defendants Janis Dossen-Jones, M.D., and Does 1-50, is remanded to the Superior Court of the State of California, County of Los Angeles.[1]

IT IS SO ORDERED.

Dated: February 28, 2025

HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

---

[1] The claims against former Defendants Dignity Health-California Hospital Medical Center, Lillian Morris, M.D., and Eisner Pediatric and Family Medical Center are not remanded as they are no longer parties. ECF Nos. 31 & 32.